AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

In the Matter of the Search of
*SUBJECT PARCEL: a sealed USPS Priority Mail Express parcel measuring approximately 12" X 10" X 8" identified by tracking number EJ 380 777 528 US from Zip Code 92243, weighing approximately 7 pound, 7 ounces and postmarked November 03, 2020. The parcel's return address is "Jordan Thornton 835 El Centro Ave El Centro, CA 92243" and is addressed to "Justin Caldwell 16102 Central St Spiro, OK 74959".*

)
)
)
)
)
)

Case No. 20-MJ-420-JFJ

FILED
NOV 09 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment "A"

located in the __Northern__ District of __Oklahoma__, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute Controlled Substances |

The application is based on these facts:

**See Affidavit of Robert Firkin, attached hereto.**

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Robert Firkin, Postal Inspector
Printed name and title

Sworn to before me ~~and signed in my presence.~~ by phone. JJ

Date: 11-9-20

City and state: Tulsa, OK

_____
Judge's signature

Frank H. McCarthy, U.S. Magistrate
Jodi Jayne
Printed name and title

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Robert Firkin, being duly sworn, do hereby depose and state:

1.  Your Affiant is Robert Firkin, a duly qualified Inspector for the United States Postal Inspection Service (USPIS) who has over 12 years of law enforcement experience having been so employed by the USPIS since August of 2019. Prior to becoming an Inspector for the USPIS, your affiant was a deputy with the Stafford County Sheriff's Office (VA) for five years and a detective for the same for four years. Prior to the Stafford County Sheriff's Office, your affiant was an officer with the University of Georgia Police Department for one and a half years and an officer with the Atlanta Police Department (GA) for two years. Your affiant has received specialized training in the use of the U.S. Mails in narcotics investigations through the USPIS.

2.  The information set forth in this Affidavit is known to me by other law enforcement personnel or through my own investigation.

3.  This Affidavit is based upon the Affiant's personal investigation and upon information received from other law enforcement officers and agents and may not be inclusive of all evidence or information available, or of all facts known to me relative to this investigation. Rather, I have included facts which are necessary to establish probable cause that the parcel described herein contains controlled substances. This affidavit is made in support of an application for a search warrant to search and seize contraband, fruits, instrumentalities and evidence of crimes against the United States in violation of 21 U.S.C. § 841(a)(1) from a USPS Priority Mail Express Mailing Box originating in the city of El Centro, CA. It is more

1

specifically described as a sealed USPS Priority Mail Express parcel measuring approximately 12" X 10" X 8" identified by tracking number **EJ 380 777 528 US** (herein referred to as "**subject parcel**"), from Zip Code 92243, weighing approximately 7 pound, 7 ounces and postmarked November 03, 2020. The parcel's return address is "Jordan Thornton 835 El Centro Ave El Centro, CA 92243" and is addressed to "Justin Caldwell 16102 Central St Spiro, OK 74959". The parcel is currently located at the USPIS Tulsa Domicile (Northern District of Oklahoma).

4. I am aware through training, as well as information from other Postal Inspectors with extensive experience in drug trafficking investigations the United States Mail is a common and preferred method for drug traffickers to ship their product. United States Express Mail and Priority Mail are frequently used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases. Use of the United States Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

5. I am also aware that drug traffickers often use fictitious return addresses and names on return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers. Parcels containing controlled substances often provide minimal information on the mailing label to avoid detection of a fictitious name or return address. Traffickers normally use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents, to interfere with any drug detection canine's ability to detect the narcotics. It is common for traffickers to mail parcels from a different post office

...

than the one located in the Zip Code area used on the return address, also to avoid detection of fictitious information.

6. On the evening of November 3, 2020, your affiant was contacted by Oklahoma City-based Inspector Brian Hess who advised your affiant about the **subject parcel** being accepted in El Centro, California and bound for Spiro, Oklahoma. Inspector Hess had located the **subject parcel** while searching postal business records related to suspected narcotics parcels.

7. On the morning of November 5, 2020, your affiant responded to the USPS Tulsa Processing and Distribution Center located at 2132 S 91st East Ave in Tulsa, located the **subject parcel** and took possession of it for further investigation.

8. Your affiant researched the **subject parcel's** return address of 835 El Centro Ave El Centro, CA 92243 and found it to be a valid return address. However, the name, "Jordan Thornton", was not found to be associated with the return address according to records in the database CLEAR. Nor was the name "Jordan Thornton" found to be associated with El Centro, California as a whole according to records in the database CLEAR.

9. Your affiant researched the **subject parcel's** destination address of 16102 Central St Spiro, OK 74959 and found it to be a valid address. However, the name, "Justin Caldwell", was not found to be associated with the destination address according to records in the database CLEAR. Nor was the name "Justin Caldwell" found to be associated with Spiro, Oklahoma as a whole according to records in the database CLEAR.

10.  Your affiant searched postal business records and found the $84.80 payment for mailing the **subject parcel** to have been made in cash.

11.  On September 4, 2020, your affiant executed a search warrant on a parcel, similar to the subject parcel, originating in El Centro, California and bound for Colcord, Oklahoma. This parcel was found to contain approximately 4 pounds, 6.5 ounces of a white crystal-like substance consistent with methamphetamine.

12.  On November 5, 2020, your affiant contacted TPD Narcotics Detective David Wamsley and his narcotics K-9, "Loki." The **subject parcel** was placed amongst four control parcels on the workroom floor of the USPS Downtown Station, 333 West 4th Street, Tulsa, OK 74101. Detective Wamsley ran Loki over the material and the **subject parcel** and advised your affiant that Loki alerted on the **subject parcel**. Detective Wamsley advised that he has been a certified dog handler for the TPD since October of 2000. Detective Wamsley advised that Loki is certified through the State of Oklahoma in the detection of narcotics odors, including marijuana, cocaine, heroin, and methamphetamine. Detective Wamsley advised that based on Loki's alert, he believes that the **subject parcel** contains illegal drugs, in violation of federal law.

12.  Based on the foregoing, I believe there is evidence to show the **subject parcel** as described in paragraph three, was sent via the USPS in violation of 21 U.S.C. § 841(a)(1) and respectfully request a warrant be issued authorizing the USPIS to search and seize the mailing package as well as any controlled substances or items of dominion or control inside the package.

*Robert Firkin*
Inspector
United States Postal Inspection Service

Sworn and subscribed to before me this 6th *by phone 9pm* day of November 2020.

_____
Honorable Frank H. McCarthy  *Jodi Jayne*
United States Magistrate Judge
Northern District of Oklahoma

5

## ATTACHMENT "A"

SUBJECT PARCEL: a sealed USPS Priority Mail Express parcel measuring approximately 12" X 10" X 8" identified by tracking number EJ 380 777 528 US from Zip Code 92243, weighing approximately 7 pound, 7 ounces and postmarked November 03, 2020. The parcel's return address is "Jordan Thornton 835 El Centro Ave El Centro, CA 92243" and is addressed to "Justin Caldwell 16102 Central St Spiro, OK 74959".

## **ATTACHMENT "B"**

Any controlled substances and evidence constituting ownership and intent to possess controlled substances and possess controlled substances with intent to distribute under Title 21, United States Code, Section 841.